| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lewis, Mary G. | 2. Court or Organization<br><br>United States District Court, South Carolina | 3. Date of Report<br><br>04/02/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>201 Magnolia Street<br>Spartanburg, South Carolina 29306 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Member | Quincunx, LLC |
| 3. | Trustee | Trust #2 |
| 4. | Member | L&B Holdings, LLC |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Agreement with L&B Holding, LLC. See VIII on the 2012 Financial Disclosure Report for terms |
| 2. | 2013 | Participant in the Lewis, Babcock & Griffin, LLP 401(K) Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ▓▓▓▓▓▓▓▓ - Income derived from practice of law |
| 2. 2014 | ▓▓▓▓▓▓ - Income derived from practice of law |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America (Merrill lynch (Wealth Management) | Line of Credit | O |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Geiger Partnership, partnership interest with no control | A | Distribution | M | W | | | | | |
| 2. Quincunx, LLC. member of LLC (H) | D | Distribution | L | W | | | | | |
| 3. - Rental office building & land, Columbia, SC | | | | | | | | | |
| 4. ▓▓▓▓▓▓ partnership interest | A | Distribution | M | W | | | | | |
| 5. BB&T Common Stock | A | Dividend | J | T | | | | | |
| 6. Investment Rental Property, Columbia, SC | D | Rent | L | W | | | | | |
| 7. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 8. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 9. Investment Rental Property, Columbia, SC | E | Rent | O | W | | | | | |
| 10. Investment Rental Property, Columbia, SC | E | Rent | M | W | | | | | |
| 11. Investment Rental Property, Columbia, SC | D | Rent | M | W | | | | | |
| 12. Trust #1 (H) | | | | | | | | | |
| 13. - Cocoa Cola Com | C | Dividend | M | T | | | | | |
| 14. - Fairpoint Communications Inc | | None | J | T | | | | | |
| 15. - INTL Business Machines Corp IBM | C | Dividend | L | T | | | | | |
| 16. - SPDR INDEX SHS FDS | C | Dividend | L | T | | | | | |
| 17. - VANGUARD GROWTH ETF | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | A | Dividend | K | T | | | | | |
| 19. - FIRST EAGLE GLOBAL CLASS I | D | Dividend | M | T | | | | | |
| 20. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | M | T | | | | | |
| 21. - GOLDMAN SACHS STRATEGIC INCOME FUND CL I | C | Dividend | L | T | Sold (part) | 03/13/14 | J | A | |
| 22. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 23. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 24. - JP MORGAN STRATEGIC INCOME OPP FUND | B | Dividend | L | T | Sold (part) | 03/13/14 | K | A | |
| 25. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 26. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 27. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | D | Dividend | M | T | Sold (part) | 03/13/14 | K | A | |
| 28. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 29. - MAINSTAY MARKETFIELD FUND CL I | | None | L | T | Sold (part) | 03/13/14 | K | D | |
| 30. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | D | Dividend | M | T | | | | | |
| 31. - THORNBURG INVSMT INCOME BUILDER FUND CL I | D | Dividend | M | T | Sold (part) | 12/16/14 | J | A | |
| 32. - UAM FPA CRESCENT PORT | C | Dividend | M | T | Sold (part) | 12/16/14 | J | B | |
| 33. -KING CNTY WASH SCH DIST NO 411 ISSAQUAH RF | B | Interest | | | Redeemed | 12/01/14 | K | | |
| 34. - PHILADELPHIA PA SCH DIST LT A RF SCH GTD | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - CARROLL CNTY MD CONS PUB IMPTS OID PRF14 JUL04 03.875%AUG01 16 | B | Interest | | | Redeemed | 08/01/14 | K | | |
| 36. - SEATTLE WASH LT RF JUL08 05.000%DEC01 14 | A | Interest | | | Redeemed | 12/01/14 | K | | |
| 37. - ALPHARETTA GA DEV AUTH REV GA ST UNIV FNDTN RF MAY09 05.000%NOV01 16 | A | Interest | K | T | | | | | |
| 38. - GRAND STRAND WSA SC WWKS-SS RV C RF TAXABLE NOV11 02.862%JUN01 18 | A | Interest | K | T | | | | | |
| 39. - STEPUP RNG ACRU ISS BAC MAX CPN 8.35% DUE 1/18/2023 CALL | A | Interest | J | T | | | | | |
| 40. - TOCQUEVILLE GOLD FUND | | None | | | Sold | 03/13/14 | K | | |
| 41. - PIMCO ALL ASSET ALL AUTHORITY FUND CL P | A | Dividend | | | Sold | 02/11/14 | K | | |
| 42. - ML BANK DEPOSIT PROGRAM | | None | K | T | | | | | |
| 43. - BEAUFORT CNTY SC | A | Interest | | | Redeemed | 03/03/14 | K | | |
| 44. - LEXINGTON CNTY SC SCH | A | Interest | | | Redeemed | 02/03/14 | K | | |
| 45. - OIL CLIRN ISSUER BAC | | None | | | Redeemed | 01/23/14 | J | | |
| 46. - ANGELOAK MULT STRT INC 1 | A | Dividend | K | T | Buy | 12/08/14 | K | | |
| 47. - BLACKROCK STRATEGIC INCOME OPPRTNTS PTF INST | A | Dividend | K | T | Buy | 08/08/14 | K | | |
| 48. - WELLS FARGO ADV ABSOLUTE RETURN FD | B | Dividend | K | T | Buy | 02/11/14 | K | | |
| 49. - GEB LEV STEPUP ISS BAC | | None | | | Buy | 02/06/14 | J | | |
| 50. Trust #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 52. - AQR DIVERSIFIED ARBITRAGE FUND CL I | | None | | | Sold | 06/05/14 | J | | |
| 53. | | | | | Sold (part) | 01/08/14 | J | | |
| 54. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | A | Dividend | J | T | | | | | |
| 55. - DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | J | T | | | | | |
| 56. - FAIRHOLME FUND | A | Dividend | J | T | | | | | |
| 57. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | A | Dividend | J | T | | | | | |
| 58. - SPDR INDEX SHS FDS | A | Dividend | | | Sold | 12/18/14 | J | A | |
| 59. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | J | T | | | | | |
| 60. - GOLDMAN SACHS STRATEGIC INCOME FUND CL I | A | Dividend | J | T | | | | | |
| 61. - JANUS SHORT TERM BOND FUND CL I (Y) | | | | | | | | | |
| 62. - JP MORGAN STRATEGIC INCOME OPP FUND (Y) | | | | | | | | | |
| 63. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | A | Dividend | J | T | Buy (add'l) | 08/27/14 | J | | |
| 64. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 65. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y (Y) | | | | | | | | | |
| 66. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | A | Dividend | J | T | Sold (part) | 01/08/14 | J | A | |
| 67. - MAINSTAY MARKETFIELD FUND CL I | | None | J | T | Sold (part) | 01/08/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - THE OAKMARK INTL FUND | | None | | | Sold | 10/15/14 | J | | |
| 69. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 70. - OPPENHEIMER GOLD & SPECIAL MINERALS FD CL Y | | None | | | Sold | 10/15/14 | J | A | |
| 71. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | Sold (part) | 01/08/14 | J | A | |
| 72. - DWS MANAGED MUNICIPAL BOND FUND CL S | A | Dividend | J | T | Sold (part) | 01/08/14 | J | | |
| 73. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | Sold (part) | 01/08/14 | J | A | |
| 74. - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | J | T | Sold (part) | 01/08/14 | J | A | |
| 75. - TEMPLETON GLOBAL TOTAL RETURN FUND CL ADV | A | Dividend | J | | Sold | 12/18/14 | J | | |
| 76. | | | | | Sold (part) | 01/08/14 | J | | |
| 77. - VANGUARD GROWTH ETF | A | Dividend | J | T | Sold (part) | 01/08/14 | J | A | |
| 78. - WELLS FARGO ABSOLUTE RETURN FD | A | Dividend | J | T | | | | | |
| 79. - VANGUARD MSCI EMERGING | A | Dividend | | | Sold | 01/28/14 | J | | |
| 80. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 81. -ALPS ALERIAN MLP ETF | | None | J | T | Buy | 12/18/14 | J | | |
| 82. -DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | J | T | Buy | 01/08/14 | J | | |
| 83. -FIDELITY ADV LMTD TERM MUNI INCOME CL I | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 84. -UAM FPA CRESCENT PORT | A | Dividend | J | T | Buy | 01/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85.   -SSGA ACTIVE GLOBAL ALLOCATION ETF | | None | J | T | Buy | 01/08/14 | J | | |
| 86.   -GOTHAM ABS RTN FD INSTL (X) | A | Dividend | J | T | | | | | |
| 87.   -POPLAR FORREST PARTNERS FUND CL I | A | Dividend | J | T | Buy | 01/08/14 | J | | |
| 88.   -IVY ASSET STRATEGY FUND CL I | | None | | | Sold | 10/15/14 | J | | |
| 89. | | | | | Buy | 01/08/14 | J | | |
| 90.   -I SHARES RUSSELL TOP 200 VALUE (X) | | None | J | T | | | | | |
| 91.   -SPDR KBW REGIONAL BANKING ETF (X) | A | Dividend | | | Sold | 06/04/14 | J | A | |
| 92.   -NEUBERGER BERMAN EMERG MKTS EQUITY FD INST | A | Dividend | J | T | Buy | 01/08/14 | J | | |
| 93.   -PIMCO INCOME FUND CL P | A | Dividend | J | T | Buy | 01/08/14 | J | | |
| 94.   - I SHARES MSCI EAFE SMALL CAP | A | Dividend | J | T | Buy | 10/16/14 | J | | |
| 95.   -TOCQUEVILLE GOLD FUND | | None | J | T | Buy | 10/15/14 | J | | |
| 96.   -DEUTSCHE GLOBAL INFRASTRUCTURE FUND CL S | A | Dividend | J | T | Buy | 08/27/14 | J | | |
| 97.   -VANGUARD VALUE ETF | A | Dividend | J | T | Buy (add'l) | 06/04/14 | J | | |
| 98. | | | | | Buy | 01/08/14 | J | | |
| 99.   -WASATCH FRONTIER EMERG SML CNTRY FD INV CL | A | Dividend | J | T | Buy | 01/08/14 | J | | |
| 100.  -SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | Buy | 01/08/14 | J | | |
| 101.  Individual Retirement Account (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. - AQR DIVERSIFIED ARBITRAGE FUND CL I | | None | | | Sold | 06/04/14 | J | | |
| 103. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I (Y) | | | | | | | | | |
| 104. - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | J | T | Sold (part) | 06/04/14 | J | A | |
| 105. - DOUBLELINE TOTAL RETURN BOND FUND CL I (Y) | | | | | | | | | |
| 106. - FAIRHOLME FUND (Y) | | | | | | | | | |
| 107. - SPDR INDEX SHS FDS | A | Dividend | | | Sold | 12/18/14 | J | A | |
| 108. - UAM FPA CRESCENT PORT | A | Dividend | J | T | | | | | |
| 109. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | J | T | | | | | |
| 110. - POPLAR FOREST PARTNERS FUND CL I | A | Dividend | J | T | | | | | |
| 111. - IVY ASSET STRATEGY FUND CL I (Y) | | | | | | | | | |
| 112. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | A | Dividend | J | T | | | | | |
| 113. - MATTHEWS ASIA DIVIDEND FUND INV CLASS (Y) | | | | | | | | | |
| 114. - MAINSTAY MARKETFIELD FUND CL I | A | Dividend | J | T | | | | | |
| 115. - THE OAKMARK INTL FUND (Y) | | | | | | | | | |
| 116. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | | | | | |
| 117. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | | | | | |
| 118. - TOCQUEVILLE GOLD FUND (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | J | T | | | | | |
| 120.  - VANGUARD VALUE ETF | A | Dividend | J | T | | | | | |
| 121.  - VANGUARD GROWTH ETF | A | Dividend | J | T | | | | | |
| 122.  - WASATCH FRONTIER EMERG SMALL CNTRY FD INV CLASS | A | Dividend | J | T | | | | | |
| 123.  - WELLS FARGO ABSOLUTE RETURN FD | A | Dividend | J | T | | | | | |
| 124.  - VANGUARD MSCI EMERGING | | None | | | Sold | 01/31/14 | J | | |
| 125.  - AMERICA MOVIL SAB DE CV (Y) | | | | | | | | | |
| 126.  -ALPS ALERIAN MLP ETF | | None | J | T | Buy | 12/18/14 | J | | |
| 127.  -FIDELITY ADV BIOTECH (X) | A | Dividend | J | T | | | | | |
| 128.  -NB EMERG MKTS EQTY FD I (X) | A | Dividend | J | T | | | | | |
| 129.  -OAKMARK INTL SML CAP FD | | None | | | Buy | 06/04/14 | J | | |
| 130.  -DEUTSCHE GLB INFRSTRCT | A | Dividend | | | Buy | 08/26/14 | J | | |
| 131.  Individual Retirement Account (H) | | | | | | | | | |
| 132.  - ACE LIMITED | A | Dividend | J | T | | | | | |
| 133.  - AQR DIVERSIFIED ARBITRAGE FUND CL I | | None | | | Sold | 06/04/14 | J | | |
| 134.  - AUTOMATIC DATA PROC | A | Dividend | J | T | | | | | |
| 135.  - AQR MANAGED FUTURES STRATEGY FUND CL I | | None | | | Sold | 08/26/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. - AMERICAN WTR WKS CO INC NEW | A | Dividend | J | T | | | | | |
| 137. - AMER EXPRESS COMPANY | A | Dividend | J | T | | | | | |
| 138. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | A | Dividend | J | T | | | | | |
| 139. - CITIGROUP INC COM NEW | A | Dividend | J | T | | | | | |
| 140. - CARDINAL HEALTH INC OHIO | A | Dividend | J | T | | | | | |
| 141. - CATERPILLAR INC DEL | A | Dividend | J | T | | | | | |
| 142. - COMCAST CORP NEW CL A | A | Dividend | J | T | | | | | |
| 143. - CUMMINS INC COM | A | Dividend | J | T | | | | | |
| 144. - COSTCO WHOLESALE CRP DEL | A | Dividend | J | T | | | | | |
| 145. - COVIDIEN PLC SHS NEW | A | Dividend | | | Sold | 07/08/14 | J | B | |
| 146. - CVS CAREMARK CORP | A | Dividend | J | T | | | | | |
| 147. - DOMINION RES INC NEW VA | A | Dividend | J | T | | | | | |
| 148. - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | K | T | Sold (part) | 06/04/14 | K | A | |
| 149. - DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | |
| 150. - DIAGEO PLC SPSD ADR NEW | A | Dividend | | | Sold | 07/03/14 | J | A | |
| 151. - DRIEHAUS EMERGING MKTS SM CAP GROWTH FD CL NONE | | None | J | T | Buy (add'l) | 06/04/14 | J | | |
| 152. - FAIRHOLME FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | A | Dividend | J | T | Buy (add'l) | 10/15/14 | J | | |
| 154. | | | | | Sold (part) | 08/26/14 | J | A | |
| 155. - FEDEXCORP DELAWARE COM | A | Dividend | J | T | | | | | |
| 156. - SPDR INDEX SHS FDS | A | Dividend | | | Sold | 12/18/14 | K | A | |
| 157. - UAM FPA CRESCENT PORT | A | Dividend | J | T | | | | | |
| 158. - GOTHAM ABSOLUTE RETURN FUND INSTL CLASS | A | Dividend | J | T | Buy (add'l) | 08/26/14 | J | | |
| 159. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | K | T | Sold (part) | 08/26/14 | J | A | |
| 160. - GOLDMAN SACHS STRATEGIC INCOME FUND CL I | A | Dividend | J | T | | | | | |
| 161. - HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 162. - HESS CORP | A | Dividend | J | T | | | | | |
| 163. - HONEYWELL INTL INC DEL | A | Dividend | J | T | | | | | |
| 164. - HEWLETT PACKARD CO DEL | A | Dividend | J | T | | | | | |
| 165. - FIA CARD SVS NA RASP | | None | K | T | Sold (part) | 07/08/14 | J | | |
| 166. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 167. | | | | | Sold (part) | 06/05/14 | J | | |
| 168. | | | | | Sold (part) | 04/08/14 | J | | |
| 169. | | | | | Sold (part) | 01/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. - POPLAR FOREST PARTNERS FUND CL I | B | Dividend | K | T | Sold (part) | 08/26/14 | J | | |
| 171. - IVY ASSET STRATEGY FUND CL I | B | Dividend | J | T | | | | | |
| 172. - JANUS SHORT TERM BOND FUND CL I | A | Dividend | J | T | Sold (part) | 10/15/14 | J | | |
| 173. - JP MORGAN STRATEGIC INCOME OPP FUND | A | Dividend | J | T | Sold (part) | 08/26/14 | J | | |
| 174. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | A | Dividend | K | T | Buy (add'l) | 10/15/14 | J | | |
| 175. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 176. - SPDR KBW REGIONAL BANKIN ETF | A | Dividend | | | Sold | 06/04/14 | J | | |
| 177. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | A | Dividend | J | T | Sold (part) | 06/04/14 | J | | |
| 178. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | A | Dividend | J | T | Sold (part) | 06/04/14 | J | | |
| 179. - MCDONALDS CORP COM | A | Dividend | | | Sold | 08/15/14 | J | | |
| 180. - MAINSTAY MARKETFIELD FUND CL I | | None | J | T | Buy (add'l) | 08/26/14 | J | | |
| 181. - MONSANTO CO NEW DEL COM | A | Dividend | J | T | | | | | |
| 182. - NEUBERGER BERMAN EMERG MARKETS EQUITY FUND INST | A | Dividend | K | T | | | | | |
| 183. - NIKE INC CL B | A | Dividend | J | T | | | | | |
| 184. - THE OAKMARK INTL FUND | | None | | | Sold | 08/26/14 | K | B | |
| 185. - ORACLE CORP $0.01 DEL | A | Dividend | J | T | | | | | |
| 186. - PIMCO INCOME FUND CL P | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | | | | | |
| 188. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | | | | | |
| 189. - SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 190. - TOCQUEVILLE GOLD FUND | | None | J | T | Sold (part) | 08/26/14 | J | A | |
| 191. - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | J | T | | | | | |
| 192. - THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | | | | | |
| 193. - PRICE T ROWE GROUP INC | A | Dividend | | | Sold | 11/10/14 | J | A | |
| 194. - TEMPLETON GLOBAL TOTAL RETURN FUND CL ADV | A | Dividend | | | Sold | 12/18/14 | J | | |
| 195. | | | | | Sold (part) | 10/15/14 | J | | |
| 196. - UNITED TECHS CORP COM | A | Dividend | J | T | | | | | |
| 197. - VISA INC CL A SHRS | A | Dividend | J | T | | | | | |
| 198. - VALERO ENERGY CORP NEW | A | Dividend | J | T | | | | | |
| 199. - VANGUARD VALUE ETF | A | Dividend | K | T | | | | | |
| 200. - VANGUARD GROWTH ETF | A | Dividend | K | T | | | | | |
| 201. - VERIZON COMMUNICATNS COM | A | Dividend | J | T | Buy (add'l) | 04/24/14 | J | | |
| 202. - WASATCH FRONTIER EMERG SMALL CNTRY FD INV CLASS | A | Dividend | K | T | Sold (part) | 10/15/14 | J | A | |
| 203. - WELLS FARGO ABSOLUTE RETURN FD | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  - WELLS FARGO & CO NEW DEL | A | Dividend | J | T | | | | | |
| 205.  - AMERICA MOVIL SAB DE CV | | None | | | Sold | 04/24/14 | J | | |
| 206.  - VANGUARD MSCI EMERGING | A | Dividend | | | Sold | 01/28/14 | K | | |
| 207.  -ALPS ALERIAN MLP ETF | | None | K | T | Buy | 12/18/14 | K | | |
| 208.  -AMERICAN TOWER REIT INC | | None | J | T | Buy | 11/10/14 | J | | |
| 209.  -BLKRK STRINC OP PTF INST | A | Dividend | J | T | Buy (add'l) | 10/15/14 | J | | |
| 210. | | | | | Buy | 06/04/14 | J | | |
| 211.  -DISNEY (WALT) CO | | None | J | T | Buy | 08/15/14 | J | | |
| 212.  -HIGHLAND GLBL ALLCTN FD Y | A | Dividend | J | T | Buy | 08/26/14 | J | | |
| 213.  -HENDERSON EUROPEAN FOCUS FUND | A | Dividend | J | T | Buy | 06/04/14 | J | | |
| 214.  -FIRST TRUST HY ETF | A | Dividend | J | T | Buy | 12/18/14 | J | | |
| 215.  -JANUS CONTRARIAN FUND | A | Dividend | J | T | Buy | 06/26/14 | J | | |
| 216.  -MONDELEZ INTL INC | A | Dividend | J | T | Buy | 07/03/14 | J | | |
| 217.  -THE OAKMARK INTL SML CAP FD | B | Dividend | K | T | Buy (add'l) | 08/26/14 | J | | |
| 218. | | | | | Buy | 06/04/14 | J | | |
| 219.  -MARKET VECTORS OIL SERVICE ETF | A | Dividend | J | T | Buy | 12/01/14 | J | | |
| 220.  -ST JUDE MEDICAL INC | A | Dividend | J | T | Buy | 07/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. -THIRD AVENUE FOCUSED CREDIT FD | A | Dividend | J | T | Buy | 06/04/14 | J | | |
| 222. -DEUTSCHE GLOBAL INFRASTRUCTURE FD | A | Dividend | K | T | Buy | 08/26/14 | K | | |
| 223. -SECTOR SPDR INDUSTRIAL ETF | A | Dividend | J | T | Sold (part) | 12/01/14 | J | B | |
| 224. | | | | | Buy | 01/28/14 | K | | |
| 225. -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | J | T | Buy | 06/04/14 | J | | |
| 226. -VENTAS INC (Y) | | | | | | | | | |
| 227. -GLAXOSMITHKLINE PLC ADR (Y) | | | | | | | | | |
| 228. TRUST #1 (H) | | | | | | | | | |
| 229. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 230. - ACE LIMITED | A | Dividend | J | T | Buy (add'l) | 12/17/14 | J | | |
| 231. - AUTOMATIC DATA PROC | A | Dividend | K | T | Buy (add'l) | 10/14/14 | J | | |
| 232. | | | | | Buy (add'l) | 01/14/14 | J | | |
| 233. - AMERICAN WTR WKS CO INC NEW | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 234. - AMER EXPRESS COMPANY | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 235. - CITIGROUP INC COM NEW | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 236. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 237. - CARDINAL HEALTH INC OHIO | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Sold (part) | 03/03/14 | J | | |
| 239. - CATERPILLAR INC DEL | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 240. - COMCAST CORP NEW CL A | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 241. - COSTCO WHOLESALE CRP DEL | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 242. - COVIDIEN PLC SHS NEW | A | Dividend | | | Sold | 07/08/14 | K | E | |
| 243. - CVS CAREMARK CORP | A | Dividend | K | T | | | | | |
| 244. - DOMINION RES INC NEW VA | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 245. - DIAGEO PLC SPSD ADR NEW | A | Dividend | | | Sold | 07/03/14 | K | B | |
| 246. - FEDEX CORP DELAWARE COM | A | Dividend | K | T | | | | | |
| 247. - HOME DEPOT INC | A | Dividend | K | T | | | | | |
| 248. - HESS CORP | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 249. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 250. - HONEYWELL INTL INC DEL | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 251. - MCDONALDS CORP COM | A | Dividend | | | Sold | 08/15/14 | J | A | |
| 252. - MONSANTO CO NEW DEL COM | A | Dividend | J | T | Buy (add'l) | 12/17/14 | J | | |
| 253. - NIKE INC CL B | A | Dividend | J | T | Buy (add'l) | 12/17/14 | J | | |
| 254. - ORACLE CORP $0.01 DEL | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. - SCHLUMBERGER LTD | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 256. - THERMO FISHER SCIENTIFIC INC | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 257. | | | | | Sold (part) | 03/03/14 | J | A | |
| 258. - PRICE T ROWE GROUP INC | A | Dividend | | | Sold | 11/10/14 | J | B | |
| 259. - UNITED TECHS CORP COM | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 260. | | | | | Sold (part) | 01/14/14 | J | A | |
| 261. - VISA INC CL A SHRS | A | Dividend | K | T | | | | | |
| 262. - VALERO ENERGY CORP NEW | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 263. | | | | | Sold (part) | 03/03/14 | J | A | |
| 264. - WELLS FARGO & CO NEW DEL | A | Dividend | K | T | | | | | |
| 265. - AMERICA MOVIL SAB DE CV | | None | | | Sold | 04/24/14 | J | | |
| 266. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 267. - ACCENTURE PLC SHS | | None | | | Sold | 01/14/14 | J | B | |
| 268. - INTL BUSINESS MACHINES | | None | | | Sold | 12/17/14 | K | E | |
| 269. | | | | | Sold (part) | 01/14/14 | J | A | |
| 270. -AMERICAN TOWER REIT INC | | None | K | T | Buy (add'l) | 12/17/14 | J | | |
| 271. | | | | | Buy | 11/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. -CUMMINS INC | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 273. | | | | | Buy | 01/04/14 | J | | |
| 274. -DISNEY (WALT) CO | | None | K | T | Buy (add'l) | 12/17/14 | J | | |
| 275. | | | | | Buy | 08/15/14 | J | | |
| 276. -HEWLETT PACKARD CO | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 277. | | | | | Buy | 01/14/14 | J | | |
| 278. -MONDELEZ INTERNATIONAL INC | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 279. | | | | | Buy | 07/03/14 | K | | |
| 280. -ST JUDE MEDICAL INC | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 281. | | | | | Buy | 07/08/14 | K | | |
| 282. -VERIZON COMMUNICATIONS COM | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 283. | | | | | Buy | 04/24/14 | J | | |
| 284. -GLAXOSMITHKLINE PLC ADR (Y) | | | | | | | | | |
| 285. BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 286. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 287. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 288. - DAVIS NY VENTURE FD CL A | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. - FIRST EAGLE GLOBAL CLASS C | A | Dividend | J | T | | | | | |
| 290. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD CL C | A | Dividend | K | T | | | | | |
| 291. - THORNBURG INCOME BUILDER FUND CLASS C | A | Dividend | J | T | | | | | |
| 292. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 293. - BLACKROCK GLOBAL ALLOCATION FD INC C | C | Dividend | K | T | | | | | |
| 294. -ML BANK DEPOSIT PROGRAM (X) | A | Interest | K | T | | | | | |
| 295. -CD CAPITAL ONE BANK (X) | | None | K | T | | | | | |
| 296. -CD GOLDMAN SACHS BK (X) | | None | K | T | | | | | |
| 297. -ANGEL OAK MULTI STRATEGY INC FD | A | Dividend | K | T | Sold (part) | 08/06/14 | J | | |
| 298. | | | | | Sold (part) | 08/05/14 | J | | |
| 299. | | | | | Buy | 06/06/14 | K | | |
| 300. -BANK OF AMERICA CORP BOND (X) | A | Interest | | | Sold | 08/26/14 | K | B | |
| 301. -BLKRK GLBL LNG/SHRT CREDIT FD | B | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |
| 302. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 303. | | | | | Buy | 06/06/14 | J | | |
| 304. -FIDELITY ADVISOR BIOTECH FD | A | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |
| 305. | | | | | Buy (add'l) | 08/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Buy | 06/06/14 | J | | |
| 307. -UAM FPA CRESCENT | A | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |
| 308. | | | | | Sold (part) | 10/20/14 | J | | |
| 309. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 310. | | | | | Buy | 06/06/14 | K | | |
| 311. -GOTHAM ABSOLUTE RETURN FD | A | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |
| 312. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 313. | | | | | Buy | 06/06/14 | K | | |
| 314. -GENERAL ELEC CAP CORP BOND (X) | A | Interest | K | T | | | | | |
| 315. -GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | L | T | Buy (add'l) | 11/24/14 | J | | |
| 316. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 317. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 318. | | | | | Buy | 06/06/14 | K | | |
| 319. -AMERICAN RLTY CAP HEALTHCARE TR INC (X) | A | Dividend | | | Sold | 08/07/14 | J | | |
| 320. | | | | | Sold (part) | 08/05/14 | K | | |
| 321. -HENDERSON EUROPEAN FOCUS FD | B | Dividend | L | T | Buy (add'l) | 11/24/14 | J | | |
| 322. | | | | | Buy (add'l) | 08/05/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. | | | | | Buy | 06/06/14 | K | | |
| 324.  -HARDING LOEVNER EMERG MKT PT FD | A | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |
| 325. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 326. | | | | | Buy | 06/06/14 | J | | |
| 327.  -POPLAR FOREST PARTNERS FD | D | Dividend | L | T | Buy (add'l) | 11/24/14 | J | | |
| 328. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 329. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 330. | | | | | Buy | 06/06/14 | K | | |
| 331.  -LOOMIS SAYLES SR FLT RTE & FIXD INC FD | B | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |
| 332. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 333. | | | | | Buy | 06/06/14 | K | | |
| 334.  -MATTHEWS ASIA DIVIDEND FUND | A | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |
| 335. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 336. | | | | | Buy | 06/06/14 | J | | |
| 337.  -MAINSTAY MARKET FIELD FD | | None | K | T | Buy (add'l) | 11/24/14 | J | | |
| 338. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 339. | | | | | Buy | 06/06/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340.  -MARKET VECTORS OIL SVCS ETF | A | Dividend | J | T | Buy | 12/19/14 | J | | |
| 341.  -PIEDMONT OFFICE REALITY TR (X) | A | Dividend | | | Sold | 09/11/14 | K | | |
| 342. | | | | | Sold (part) | 08/05/14 | K | | |
| 343.  -PIMCO INCOME FD | B | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |
| 344. | | | | | Buy (add'l) | 09/11/14 | K | | |
| 345. | | | | | Sold (part) | 08/05/14 | K | | |
| 346. | | | | | Buy | 06/06/14 | K | | |
| 347.  -FIRST EAGLE GLOBAL | B | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |
| 348. | | | | | Sold (part) | 10/20/14 | J | | |
| 349. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 350. | | | | | Buy | 06/06/14 | J | | |
| 351.  -SPIRIT RLTY CAPITAL INC (X) | | None | | | Sold | 09/11/14 | K | | |
| 352. | | | | | Sold (part) | 08/05/14 | L | | |
| 353.  -THORNBURG INVSTMT INCOME BUILDER FD | B | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |
| 354. | | | | | Sold (part) | 10/20/14 | J | | |
| 355. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 356. | | | | | Buy | 06/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. -TEMPELTON GLOBAL TOTAL RETURN FD | B | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |
| 358. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 359. | | | | | Buy | 06/06/14 | K | | |
| 360. -VANGUARD VALUE ETF | A | Dividend | L | T | Buy (add'l) | 12/19/14 | J | | |
| 361. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 362. | | | | | Sold (part) | 10/20/14 | J | | |
| 363. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 364. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 365. | | | | | Buy | 06/06/14 | K | | |
| 366. -VANGUARD GROWTH ETF | B | Dividend | M | T | Buy (add'l) | 12/19/14 | J | | |
| 367. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 368. | | | | | Sold (part) | 10/20/14 | J | | |
| 369. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 370. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 371. | | | | | Buy | 06/06/14 | K | | |
| 372. -WALMART CORP BOND (X) | A | Interest | K | T | | | | | |
| 373. -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | K | T | Buy (add'l) | 11/24/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 375. | | | | | Buy | 06/06/14 | J | | |
| 376.  Investors Title common stock | A | Dividend | J | T | | | | | |
| 377.  FutureScholar529ColgeSvgsPlnColumbiaConservativeDX AggTrack (H) | | Distribution | J | T | | | | | |
| 378.  Wells Fargo Bank Deposit Sweep (H) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary G. Lewis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544